United States District Court
Southern District of Texas
**ENTERED**
July 10, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ERASMO CASTRO REVOLORIO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-668 |
| | § | |
| WARDEN, PORT ISABEL SPC, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## **ORDER**

Petitioner Jose Erasmo Castro Revolorio is currently detained by Immigration and Customs Enforcement at the Port Isabel Service Processing Center in Cameron County, Texas. In this habeas action, Petitioner contests Respondents' ability to detain him without a bond hearing under 8 U.S.C. § 1225(b)(2)(A). Petitioner bases his habeas action on statutory arguments under 8 U.S.C. §§ 1225 and 1226, and on provisions of the Fifth Amendment.

Petitioner concedes that the Fifth Circuit's ruling in *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026) forecloses his statutory arguments.

With respect to any claim based on the Due Process Clause, the Fifth Circuit has determined that "the Government may detain aliens under Section 1225(b)(2)(A) for ninety days but no longer without a bond hearing." *Sosnava Rodriguez v. Ortega*, — F.4th —, No. 26-50183, 2026 WL 1906557, at *16 (5th Cir. July 2, 2026). Those ninety days represent "the period of time during which the validity of detention can be presumed." *Id*.

In this case, Petitioner alleges that Respondents detained him on May 19, 2026. Based on this date, the ninety-day period has not expired, rendering Petitioner's claims based on the Due Process Clause premature.

To facilitate the Court's consideration of the issues that Petitioner presents, it is:

**ORDERED** that by no later than July 28, 2026, Petitioner Jose Erasmo Castro Revolorio shall file a Statement explaining why, in light of *Sosnava*, his claims based on the Due Process Clause are not premature.

If Petitioner does not file the Statement, the Court will deny the Petition.

The Clerk of Court is directed to serve a copy of this Order upon the Respondents in accordance with the Memorandum of Understanding.

Signed on July 10, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge